UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES OF AMERICA,

  -vs-

LORENZO WARREN,

-------------------------------------------------

FEUERSTEIN, J.

ORDER

CR-07-516   (SJF)

I adopt the recommendation of the Magistrate Judge that the plea was knowingly and voluntarily entered by the defendant, with a full understanding of his rights and the consequences of the plea of which there is a factual basis. I therefore accept the plea of guilty.

SO ORDERED.

SANDRA J. FEUERSTEIN, U.S.D.J.

DATED:   Central Islip, N.Y.
            July 15, 2008